UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

YIPSIAN HANO
ALCIDES DE JESUS MORALES

DEBTORS                              /

CASE NO.: 18-25282-BKC-LMI
PROCEEDING UNDER CHAPTER 13

## TRUSTEE'S MOTION TO DISMISS AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING

   **COMES NOW** Nancy K. Neidich, Standing Chapter 13 Trustee, and files her Motion to Dismiss pursuant to 11 U.S.C. Section 1307(c) for the reasons set forth below:

1. Material change prejudicial to creditors in payment terms resulting from unscheduled, unlisted, or improperly listed tax or other claims.

2. The Trustee faxed to the counsel of record a letter requesting the issue be addressed. *See* attached letter with fax confirmation.

   WHEREFORE, the Trustee requests the case be dismissed for failure to address the issue stated therein.

   **I CERTIFY** that a true and correct copy of the foregoing Trustee's Motion to Dismiss and Notice of Hearing was mailed to those parties listed below on  11/8/2019  .

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

By: /s/ _____
☐ Adisley Cortez-Rodriguez, Esq.
   FLORIDA BAR NO: 0091727
☒ Amy Carrington, Esq.
   FLORIDA BAR NO: 101877
☐ Jose Ignacio Miceli, Esq.
   FLORIDA BAR NO: 0077539

NOTICE OF HEARING AND TRUSTEE'S MOTION TO DISMISS
CASE NO.: 18-25282-BKC-LMI

## CERTIFICATE OF SERVICE

**COPIES FURNISHED TO:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**By Mail:**
**DEBTORS**
YIPSIAN HANO
ALCIDES DE JESUS MORALES
8816 NW 181 STREET
HIALEAH, FL  33018

**Via Electronic Service:**
**ATTORNEY FOR DEBTORS**
RICARDO R. CORONA, ESQ.
3899 NW 7 STREET
# 202-B
MIAMI, FL  33126

```
10/02/2019 WED 16:31    FAX 9544434452         CH13MIAMI FAX                    ☑001
```

```
                    ********************
                    *** FAX TX REPORT ***
                    ********************

                         TRANSMISSION OK

            JOB NO.                  4000
            DESTINATION ADDRESS      13052661151
            SUBADDRESS
            DESTINATION ID
            ST. TIME                 10/02 16:30
            TX/RX TIME               00'39
            PGS.                     1
            RESULT                   OK
```

1 of 2

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
Southern District of Florida

NANCY K. NEIDICH, TRUSTEE
P.O. Box 279806
Miramar, Florida 33027
(954) 443-4402
Facsimile: (954) 443-4452

10/02/2019

To: RICARDO R. CORONA, ESQ

Re: HANO                    Case: 18-25282- LMI

Dear RICARDO R. CORONA, ESQ

The Trustee has recommended confirmation of a Plan in the above-referenced case based upon your assurance that the creditor had agreed to the Debtor's treatment of its collateral.

Creditor: JPMORGAN CHASE BK

Other: CREDITOR PROVIDED FOR IN PLAN-D/PAY, HOWEVER U/S PORTION LISTED

The Debtor is directed to either file a Motion to Modify the Confirmed Plan to include the amount listed in the Proof of Claim, or an Objection to the Proof of Claim within twenty (20) days of this and the Trustee may file a Motion to Dismiss this case with prejudice for six (6) months.

Very truly yours,

Claims Administrator
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE

```
10/02/2019 WED 16:26    FAX 9544434452         CH13MIAMI FAX                          ☐001
```

```
***********************
*** FAX TX REPORT ***
***********************

            TRANSMISSION OK

    JOB NO.                 3998
    DESTINATION ADDRESS     13052661151
    SUBADDRESS
    DESTINATION ID
    ST. TIME                10/02 16:26
    TX/RX TIME              00'41
    PGS.                    1
    RESULT                  OK
```

2 of 2

# OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
SOUTHERN DISTRICT OF FLORIDA

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806
TELEPHONE: (954) 443-4402
FACSIMILE: (954) 443-4452

October 02, 2019

RICARDO R. CORONA, ESQ.
3899 NW 7 STREET
# 202-B
MIAMI, FL 33126

Case: 18-25282-BKC-LMI          RE: YIPSIAN HANO
                                   ALCIDES DE JESUS MORALES

Dear RICARDO R. CORONA, ESQ.

More than thirty days have passed since the claims bar date on February 20, 2019. You have failed to file the Notice of Compliance by Attorney for Debtor required by Local Rule 2083-1(B) Claims Review Requirement, also know as Local Form 76.

The scope of the review required states: "Not later than 21 days after expiration of the claims bar date, the attorney shall examine, from records maintained by the clerk, the claims register and all claims filed in the case to determine whether additional action is necessary, including the filing and service in accordance with all applicable rules of: (a) an amended plan if the plan has not been confirmed; (b) a motion to modify the confirmed plan; (c) objections to nonconforming claims." Local Rule 2083-1(B)(1)

You must file a Local Form 76 within twenty (20) days of this letter or the Trustee may file a Motion to Dismiss this case

Very truly yours,


Claims Administrator