UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

YIPSIAN HANO
ALCIDES DE JESUS MORALES

CASE NO. 18-25282-LMI
CHAPTER 13

    Debtor(s).
_____/

## NOTICE OF TEMPORARY FORBEARANCE

Bankruptcy Court Claim Number:            _____24_____
Effective Date of Forbearance:            ___04/01/2020__
Number of monthly payments in Forbearance:     _____3_____

        ("SERVICER") hereby provides notice that due to a recent financial hardship resulting directly or indirectly from the COVID-19 emergency, the Debtor has requested, and SERVICER has provided a temporary suspension of mortgage payments. This short-term relief is consistent with the COVID-19 relief available under the Coronavirus Aid, Relief, and Economic Security (CARES) Act.

During this short-term relief, all terms and provisions of the mortgage note and security instrument, other than the payment obligations, will remain in full force and effect unless otherwise adjusted by this court or through a loan modification.

During the forbearance period and up to an including the time when that period ends, SERVICER will work with the Debtor, the Debtor's attorney (if applicable) and the bankruptcy trustee on how to address the suspended payments in the long-term, including obtaining any necessary court consent and approval.

This Notice does not constitute an amendment or modification to the Debtor's plan of reorganization, and does not relieve the Debtor of the responsibility to amend or modify the plan of reorganization to reflect the forbearance arrangement, if required.

           eXL Legal, PLLC
           Alejandro Martinez-Maldonado, Esq.
           12425 28th Street North, Suite 200
           St. Petersburg, FL 33716
           Telephone No. (727) 536-4911
           Email Address: bk@exllegal.com
           Attorney for the Movant

           By: */s/ Alejandro G. Martinez-Maldonado*

           Alejandro G. Martinez-Maldonado
           FL BAR #108112

1000003614

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1.

I FURTHER CERTIFY that a true and correct copy of the foregoing was furnished on May 22, 2020, by U.S. Mail and/or electronic mail via CM/ECF to:

RICARDO CORONA, ESQ.
3899 NW 7 ST, SECOND FLOOR
MIAMI, FL 33126

NANCY K. NEIDICH, TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE
SUITE 1204
MIAMI, FL 33130

The parties identified below were served on May 22, 2020 by U.S. Mail.

ALCIDES DE JESUS MORALES
8816 NW 181 STREET
HIALEAH, FL 33018

YIPSIAN HANO
8816 NW 181 STREET
HIALEAH, FL 33018

                    eXL Legal, PLLC
                    Alejandro Martinez-Maldonado, Esq.
                    12425 28th Street North, Suite 200
                    St. Petersburg, FL 33716
                    Telephone No. (727) 536-4911
                    Email Address: bk@exllegal.com
                    Attorney for the Movant

                    By: */s/ Alejandro G. Martinez-Maldonado*

                    Alejandro G. Martinez-Maldonado
                    FL BAR #108112

1000003614

1000003614



April 9, 2020

085

RICARDO CORONA ESQ
3899 NW 7 ST, SECOND FLOOR
MIAMI, FL 33126

Subject: Important information for your client(s)
Client(s): Alcides D Morales & Yipsian Hano
Case number: 1825282
Account number: ▮▮▮▮▮▮▮▮▮▮
Property address: 8816 NW 181 Street
Hialeah FL 33018

Dear RICARDO CORONA ESQ:

Enclosed is an important document(s) for your client(s). This document(s) may provide your client(s) with time-sensitive information about the account referenced above. Please forward the enclosed document(s) to your client(s) as soon as possible.

Thank you for your prompt attention to this matter. If you have any questions or need additional assistance, please call us at 1-800-274-7025, Monday through Friday, 7:00 a.m. to 7:00 p.m. Central Time.

Bankruptcy Servicing
Wells Fargo Home Mortgage

Enclosure

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. © 2018 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801

HP646 708 0231

Return Mail Operations
PO Box 10368
Des Moines, IA 50306-0368



April 9, 2020

| | |
|---|---|
| **Account Information** | |
| Online: | wellsfargo.com |
| Fax: | 1-866-590-8910 |
| Telephone: | 1-800-416-1472 |
| Correspondence: | PO Box 10335 |
| | Des Moines, IA 50306 |
| Hours of operation: | Mon.- Thu., 7 a.m. - 9 p.m., |
| | Fri., 7 a.m. - 8 p.m., |
| | Sat., 8 a.m. - 4 p.m., CT |
| Loan number: | |
| Property address: | 8816 NW 181 Street |
| | Hialeah FL 33018 |

ALCIDES D MORALES
YIPSIAN HANO
8816 NW 181ST ST
HIALEAH, FL 33018-6505

085

PLEASE NOTE: This notice is being provided for informational purposes only. As a result of at least one bankruptcy case filing that included the above referenced account, Wells Fargo Home Mortgage is NOT attempting in any way to violate any provision of the United States Bankruptcy Code or to collect a debt (deficiency or otherwise) from any customer(s) who is impacted by an active bankruptcy case or has received a discharge, where the account was not otherwise reaffirmed or excepted from discharge. THIS IS NOT A BILL OR A REQUEST FOR PAYMENT AS TO THESE CUSTOMER(S).
Your decision to discuss workout options with Wells Fargo Home Mortgage is strictly voluntary. You are not obligated to pursue any workout options discussed with us. At your request, we will immediately terminate any such discussions should you no longer wish to pursue these options.

Subject: We're confirming short-term payment relief for this account

Dear Alcides D Morales & Yipsian Hano:

Thank you for letting us know about a financial hardship you're facing. This may be a difficult time, so please count on us to work with you every step of the way.

You may not know how you'll be affected by the spread of coronavirus (COVID-19), so we want to help by providing you with time to assess your situation. For this reason, we're confirming the following short-term payment relief for this account. If you find you do not need the payment relief, you can continue to make the payments as normal and no further action is needed.

The short-term payment relief
We understand that you may not be able to make regular payments during this difficult time so we are granting a three month payment suspension. To help:
- We won't report an outstanding status for this account to the consumer reporting agencies.
- We won't charge late fees.

Consider the assistance that's best for you
This short-term payment relief provides you with assistance right away. If you don't think this short-term payment relief is right for you, please contact us.

What you need to know

HP646 708 0231

| Account Information | |
|---|---|
| Loan number: | ■■■■■■■■■ |
| Property address: | 8816 NW 181 Street<br>Hialeah FL 33018 |

- We have suspended the monthly mortgage payment obligation for three months. Unless you receive further relief, you'll need to resume the regular mortgage payment schedule beginning on July 1, 2020.

- When short-term relief ends:
  - We understand you may not be able to make the missed payments in a lump sum. If you need additional assistance at the end of the three months, we recommend you speak with your bankruptcy attorney to see what options may be available to you in your bankruptcy case. Possible options may include:
    - A continuation of the payment suspension.
    - Moving the missed payments to end of the loan.
    - A modification.
  - Some longer-term options that may be available might affect the terms of the loan, including the interest rate, maturity date, and monthly payment amount.

- Accepting this short-term payment relief could affect the features of the loan and other payment assistance programs already in place.
  - Any missed payments could affect your ability to remove the mortgage insurance premium.
  - If the mortgage was modified under the Home Affordable Modification Program (HAMP) or Second Lien Modification Program (2MP) and payments aren't made during this time, you could lose the pay-for-performance incentives. This is because you must remain in good standing with HAMP and 2MP.
  - Statements will continue to be sent during this relief period and will show any payments that have come due, but haven't been paid.

- This payment relief option is based on an incomplete application for assistance. Other payment assistance options may be available. If you would like a review for all available assistance options, you may submit a complete application, which would include information about your income and expenses. This review is available whether or not you accept this short-term payment relief. Please contact us for more information.

What you need to do
- If you're not able to make payments during this time and the payments are automatically withdrawn, you'll need to cancel or suspend the payments. To adjust automatic recurring payments please go to wellsfargo.com to make the adjustments. If you use a bill pay or a third-party payment service, contact the service provider directly to make any changes.
- If the length of the hardship changes or you're still unable to make the payments at the end of the plan, please contact us. We want to help.

We're here to help
If you have questions about the information in this letter, please call us at the phone number in the account information box at the top of this letter.

Home Preservation Department

HP646 708 0231

| Account Information | |
|---|---|
| Loan number: | ███████ |
| Property address: | 8816 NW 181 Street<br>Hialeah FL 33018 |

Wells Fargo Home Mortgage

Contact us
If you'd like to request information, notify us of an error, or share any concerns you may have about the servicing of this account, please contact us at P.O. Box 10335, Des Moines, IA 50306. Please include the account number with all correspondence.

Get free counseling to help manage expenses and avoid foreclosure.
Reach out to a local HUD-approved, non-profit housing counseling agency if you're struggling to keep up with monthly expenses, or want help to avoid foreclosure. At no cost, a counselor will work closely with you, providing the information and assistance you need. To find an agency near you, go to www.hud.gov/offices/hsg/sfh/hcc/fc. Or call 1-800-569-4287 (TDD 1-800-877-8339).

Be sure you avoid anyone who asks for a fee for counseling or a loan modification, or asks you to sign over the deed to your home, or to make your mortgage payments to anyone other than Wells Fargo Home Mortgage.

Contact other servicers
As a reminder, it's important to consider contacting the servicers of any other mortgage loans that are secured by this property to discuss mortgage assistance options.

An appraisal may be required as part of this process.
When you apply for assistance on a home that is secured by a first lien, we may need to appraise the home. If we do, you'll receive a copy of any written appraisals related to this application.

Our acceptance and posting of the payments during the short-term payment assistance plan shall not constitute a cure of any outstanding balance under the loan unless such payments are sufficient to completely cure the entire outstanding balance under the loan.

All terms and provisions of the current mortgage note and mortgage security instrument remain in full force and effect and you will comply with those terms. Nothing in this assistance shall be understood or construed to be a satisfaction or release in whole or in part of the obligations contained in the loan documents.

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. © 2020 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801

HP646 708 0231