## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | CHAPTER 13 |
|  | ) |  |
| Yipsian Hano | ) | CASE NO. 18-25282 |
|  | ) |  |
| And | ) |  |

Alcides De Jesus Morales

    Debtors.

## NOTICE OF AGREEMENT

Please take notice that, pursuant to the debtor's request, Creditor JPMorgan Chase Bank, N.A. ("Chase") has agreed to defer certain payments on debt owed to Chase. The terms of the deferment are outlined in the attached letter.

                                                            Robertson, Anschutz & Schneid, P.L.
                                                              6409 Congress Avenue, Suite 100
                                                               Boca Raton, FL 33487
                                                               Phone: 561-241-6901

                                                               By: /s/Keith Labell
                                                               Keith Labell, Esq.
                                                               Email: klabell@rasflaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on 6/16/20, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

**Yipsian Hano**
**8816 NW 181 Street**
**Hialeah, FL 33018**

**Alcides De Jesus Morales**
**8816 NW 181 Street**
**Hialeah, FL 33018**

And via electronic mail to:

**Ricardo Corona, Esq.**
**3899 NW 7 St, Second Floor**
**Miami, FL 33126**

**Nancy K. Neidich**
**POB 279806**
**Miramar, FL 33027**

**Office of the US Trustee**
**51 S.W. 1st Ave.**
**Suite 1204**
**Miami, FL 33130**

Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487
Phone: 561-241-6901

By: /s/Keith Labell
Keith Labell, Esq.
Email: klabell@rasflaw.com



JPMorgan Chase Bank, N.A., Secured Party
PO Box 182055
Columbus, OH 43218-2055

**Questions?**
📞 1-866-300-5157
we accept operator relay calls

5/4/2020

MORALES, ALCIDES D
8816 NW 181 ST
HIALEAH, FL, 33018

| | |
|---|---|
| **Account Number:** | Ending in 0204 |
| **Vehicle:** | 2014 Mercedes-Benz - E Class WDDHF5KB2EA822089 |

**Important Notice:**   **We moved your next installment date on your auto loan**

Dear MORALES, ALCIDES D:

We realize you may be facing significant hardship right now, so we moved your next installment date, as you requested.

**Here are the details of this extension**
We extended three installments on the loan. The original installment date was 3/30/2020, 4/30/2020 and 5/30/2020.. The next installment date is now on 6/30/2020. We're also extending the last loan installment of $631.30 to 2/28/2022.

If you have been making installments by automatic debit through chase.com or another online service, please manually stop them during the extension period. Otherwise, we will receive the installment as originally scheduled.

**Here are some more things to consider about this extension**
- We're not charging interest during this extension period.
- If your extension is processed while you are under Service members Civil Relief Act (SCRA) protection, and your benefits expire prior to the final installment date, your account will then accrue interest at your original contract rate.
- On the final installment due date at the end of the loan, the account balance will include monthly installments, accrued and unpaid interest, and any unpaid fees, such as unpaid late charges that were not discharged in your bankruptcy case.
- If you purchased credit insurance or guaranteed auto protection (GAP), the product may not cover the period of extension beyond the original final payment due date. You are solely responsible for verifying product coverage after the expiration date stated in the agreement or policy.
- Your processed extension means that your account will be considered current as of the effective date. However, the extension does not impact any unpaid installments and corresponding installment history that existed on your account prior to the effective date.

We suggest you keep a copy of this letter. If you'd like to reverse this transaction or have any questions, please call us at 1-866-300-5157. We're here Monday through Friday from 5:00 am to 3:30 pm, MST.
Sincerely,

JPMorgan Chase Bank, N.A.

This letter is for informational purposes only and is not an attempt to collect a debt for which personal liability has been discharged in a Bankruptcy case or from a debtor that is in an open Bankruptcy case subject to the automatic stay.

Esta carta contiene información importante de la cuenta.
Si tiene alguna pregunta, por favor llame al 1-866-300-5157.