UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

Yipsian Hano
Alcides De Jesus Morales,

Case No. 18-25282-LMI
Chapter 13

Debtors.

_____ /

**MOTION TO INCREASE PLAN BASE**
**AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING**

Nancy K. Neidich, Standing Chapter 13 Trustee moves this Court to enter an order increasing the Debtors' Plan base by $21,367.71 as Wells Fargo has sent the Trustee "remaining insurance claim funds…" and in support, the Trustee states as follows:

1. The Debtors' approved eight modified plan [ECF No. 120] pays Wells Fargo Bank ("Creditor") in the secured section of the plan.

2. On or about April 22, 2021, the Trustee received a check in the amount of $21,367.71 from the Creditor which states "Now that the repairs on [8816 N.W. 181 Street, Hialeah, FL 33018] have been completed, we're sending the **remaining insurance claim funds** to you, as the bankruptcy trustee…." *See* attached letter from the Creditor (emphasis added).

3. As the repairs on the property have been completed and the funds in question are in excess of the damage sustained to the Debtors' real property, the Trustee request the Court enter an order increasing the plan base by $21,367.71 so that these funds maybe disburse, *pro rata* to the Debtors' general unsecured creditors.

**WHEREFORE**, the Trustee requests that this Court enter an order increasing the Debtors' plan base by $21,367.71 so that these funds maybe disburse, *pro rata* to the Debtors' general unsecured creditors and any further relief as deemed just and proper.

## CERTIFICATION OF SERVICE

I CERTIFY that a true and correct copy of the foregoing and the Bankruptcy Clerk's notice of hearing was served electronically on Counsel for the Debtor(s) on DECEMBER 9, 2021 and:

Wells Fargo Bank, N.A. Home Equity Group
Default Document Processing
MAC# N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121-7700
(POC 24-2)

Wells Fargo Bank, N.A.
c/o Corporation Service Company, Registered Agent
1201 Hays Street
Tallahassee, FL 32301

eXL Legal, PLLC
12425 28th Street North, Suite 200
St. Petersburg, FL 33716
[ECF No. 38]

## BY CERTIFIED MAIL:

Wells Fargo Bank
Attn: Charles W. Scharf, CEO
420 Montgomery Street
San Francisco, California 94103
**Certified Mail No.:** 7017 2620 0000 2780 1674

7017 2620 0000 2780 1674

Respectfully submitted:
NANCY K. NEIDICH,
Standing Chapter 13 Trustee

By: /s/ Jose Miceli
JOSE I. MICELI, ESQ.
FLORIDA BAR NO: 0077539
P.O. BOX 279806
MIRAMAR, FL 33027
(954) 443-4402



**SunTrust Lockbox Services**

**Individual Batch Report**

13DE Neidich, Nancy     2099     04/22/2021

Check No:  Acct No:  Amount:  Batch: 910 Transaction: 8 Image: 3

Wells Fargo Home Mortgage
MAC N9408-04W
2701 Wells Fargo Way
Minneapolis, MN 55408

April 08, 2021

NANCY K. NEIDICH
POB 279806
MIRAMAR FL 33027

Subject: Proof of repairs to damaged property  immediate attention required
Loan Number: 0374679991, Client 708
Property address: 8816 NW 181 Street
                  Hialeah FL 33018

Dear NANCY K. NEIDICH :

Now that the repairs on the above referenced property have been completed, we're sending the remaining insurance claim funds to you, as the bankruptcy trustee, for Alcides D Morales. Please apply these funds to the bankruptcy estate on behalf of the homeowner(s). Enclosed is our check in the amount of $21367.71.

If you have questions or need further assistance, please call us at 1-844-746-7553, Monday through Friday, 8:00 a.m. to 6:00 p.m., Central Time.

Property Loss Department
Wells Fargo Home Mortgage

Enclosure

PL028/IYQ/708

REC'D CH 13 TRUSTEE
2021 APR 20 AM 11:09

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. NMLSR ID 399801